UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>KIMBERLY JEFFREYS,<br><br>                Defendant. | NO: 2:13-CR-12-RMP-2<br><br>ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE |
|---|---|

Defendant Kimberly Jeffreys having moved for modification of the conditions that were set for her release, ECF No. 27, to the extent that those conditions incorporate a "no contact" list that government counsel has provided to the defense, by deleting four names from said list, the government having no opposition to the motion, and the court after due consideration having concluded that the motion is meritorious and should be granted, it is hereby ORDERED as follows:

ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE ~ 1

1. Defendant's Motion to Modify Conditions of Release, **ECF No. 475,** and Motion to Expedite, **ECF No. 476**, are **GRANTED**;

2. The names of the following individuals are deleted from the "no contact" list previously provided to the defense: Keith Mires (#81), Eric Sprink (#98), Dave Black (#41) and Grant Person (#85); and

3. All of the other conditions that were set for the defendant's release, in ECF No. 27 (as modified by a prior order docketed under ECF No. 72), remain unchanged.

The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** this 7th day of March 2014.

                                   *s/ Rosanna Malouf Peterson*
                                   ROSANNA MALOUF PETERSON
                                   Chief United States District Court Judge