UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>KIMBERLY JEFFREYS,<br><br>　　　　　　　　Defendant. | CASE NO: 13-CR-12-RMP-2<br><br>ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE AND MOTION TO EXPEDITE |

BEFORE THE COURT is Defendant Kimberly Jeffreys' Motion to Modify Conditions of Release, ECF No. 493, and Motion to Expedite the same, ECF No. 494.  Ms. Jeffreys seeks an order from the Court allowing her to travel to Western Washington on May 31, 2014, returning to the Eastern District on June 1, 2014.  Ms. Jeffreys represents that counsel for the Government, Sean McLaughlin, was notified of the request and has no objection.

The Court finds good cause to grant Ms. Jeffreys' Motion to Expedite and Motion to Modify Conditions of Release.

ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE ~ 1

Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendant Kimberly Jeffreys' Motion to Expedite, **ECF No. 494**, is **GRANTED**;

2. Defendant Kimberly Jeffreys' Motion to Modify Conditions of Release, ECF No. **493**, is **GRANTED**;

3. The limitations on Ms. Jeffreys' travel contained in the release order dated January 30, 2013, are modified to permit Ms. Jeffreys to travel from the Eastern District of Washington to the Western District of Washington on May 31, 2014, provided that Ms. Jeffreys shall return to the Western District of Washington on June 1, 2014; and

4. All other conditions set forth in the January 30, 2013, and modifications thereto shall remain as set.

The District Court Clerk is directed to enter this Order and provide copies to counsel and to U.S. Probation.

**DATED** this 5th day of May 2014.

      *s/ Rosanna Malouf Peterson*
      ROSANNA MALOUF PETERSON
      Chief United States District Court Judge

ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE ~ 2